**FILED**

MAR 2 2 2013

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Ricky Ashley,                         )
                                      )
            Plaintiff,                )
                                      )
      v.                              )      Civil Action No. **13 0369**
                                      )
President Barack Obama *et al.,*      )
                                      )
                                      )
            Defendants.               )

## MEMORANDUM OPINION

This matter is before the Court on its initial review of plaintiff's *pro se* complaint and application for leave to proceed *in forma pauperis*. Pursuant to 28 U.S.C. § 1915(e), the Court is required to dismiss a complaint upon a determination that it, among other grounds, is frivolous. 28 U.S.C. § 1915(e)(2)(B)(i).

Plaintiff is a resident of Mabelvale, Arkansas, suing President Barack Obama and several district judges and magistrate judges of the United States District Court in Little Rock, Arkansas. *See* Compl. Caption.   He accuses the defendants of conspiring to "solicit[] an individual to attempt to kill [him] . . . at [his] residence . . . ." Compl. at 1. Plaintiff alleges that the individual was "armed with a firearm [that plaintiff] managed to take." *Id.* Apparently, as a result of that incident, "false charges were brought against [plaintiff]." *Id.* Throughout the complaint, plaintiff accuses defendants of "reckless misconduct" stemming from his arrest and court proceedings. *See id.* at 2-3. He alleges that President Obama "authorized" an officer in the Saline County Sheriff's Department to  choke him, and that the defendants "solicited" a judge "to make another attempt upon [plaintiff's] life with a courtroom tactic." *Id.* at 2.

1

(N)

3

The complaint presents the type of fantastic or delusional scenarios warranting dismissal

of the case under § 1915(e) as frivolous.  *See Neitzke v. Williams*, 490 U.S. 319, 325 (1989); *Best*

*v. Kelly*, 39 F.3d 328, 330-31 (D.C. Cir. 1994); *see also Crisafi v. Holland*, 655 F.2d 1305, 1307-

08 (D.C. Cir. 1981) ("A court may dismiss as frivolous complaints . . . postulating events and

circumstances of a wholly fanciful kind.").  A separate Order of dismissal accompanies this

Memorandum Opinion.

United States District Judge

Date:  March ___, 2013